NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**DIETRICH ANN THOMAS,**

*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**

*Respondent*

———————————————

2025-1013

———————————————

Petition for review of the Merit Systems Protection Board in No. AT-0752-20-0489-I-1.

———————————————

## O R D E R

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2                                            THOMAS V. DVA

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

August 27, 2025
Date

Jarrett B. Perlow
Clerk of Court